## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE SERRANO, AN INDIVIDUAL, <br><br> Plaintiff, <br><br> vs. <br><br> BROOKS AMERICA MORTGAGE CORPORATION, NDEX WEST LLC, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, aka "MERS" and Does 1 THROUGH 20, INCLUSIVE <br><br> Defendants. | Case No.: CV12-05503 GAF (PLAx) <br><br> *Assigned to Hon. Gary A. Feess* <br><br> **JUDGMENT OF DISMISSAL WITH PREJUDICE** <br><br> **Hearing Date** <br> Date:   August 20, 2012 <br> Time:   9:30 a.m. <br> Ctrm:   740 |

On August 23, 2012, the Honorable Gary A. Feess granted the Motion of Defendants U.S. BANK N.A., AS TRUSTEE FOR ARMT 2005-3 ("U.S. BANK") and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (erroneously sued as MORTGAGE ELECTRONIC REGISTRATION SYSTEM)

1

JUDGMENT

("MERS") (collectively "Defendants") to Dismiss the Complaint of Plaintiff FELIPE SERRANO ("Plaintiff"). The Court dismissed Plaintiff's claims for "lack of standing to foreclose," fraud, intentional infliction of emotional distress, slander of title, rescission, and declaratory relief with prejudice, and dismissed Plaintiff's TILA, RESPA, and quiet title claims with leave to amend as against Defendants. Plaintiff was given until the close of business on Monday, September 10, 2012 to file an amended complaint.

On September 24, 2012, after Plaintiff failed to file an amended complaint, the Honorable Gary A. Feess dismissed Plaintiff's TILA, RESPA, and quiet title claims with prejudice as against Defendants.

This Court having dismissed Plaintiff's claims as against Defendants U.S. BANK and MERS, hereby enters judgment as follows:

**IT IS SO ORDERED AND ADJUDGED** that a Judgment of Dismissal with Prejudice is entered in favor of Defendants U.S. BANK and MERS.

**IT IS SO ORDERED.**

Dated: October 13, 2012

_____
Honorable Gary A. Feess
Judge of the District Court